

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Taylor M. Hardesty,

\* From the 259th District Court
of Jones County,
Trial Court No. 025641.

No. 11-23-00164-CV

\* June 20, 2024

Christopher D. Hardesty

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution.   Therefore, in accordance with this court's opinion, the appeal is dismissed.